Case 2:23-cv-00043   Document 46   Filed on 03/18/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MANUEL MACIAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00043 |
| DEWITT COUNTY TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's "Order Modifying and Adopting Memorandum and Recommendation and Dismissing All Claims" (D.E. 45), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 18, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE